NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FBA OPERATING CO.,**
*Plaintiff-Appellant*

**v.**

**ETN CAPITAL, LLC, dba Beech Lane, LLC,**
*Defendant-Appellee*

---

2024-2070

---

Appeal from the United States District Court for the Eastern District of North Carolina in No. 5:23-cv-00505-D-RN, Judge James C. Dever, III.

---

**ON MOTION**

---

Before LOURIE, CUNNINGHAM, and STARK, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of ETN Capital, LLC's unopposed motion to dismiss this appeal as premature,

2                                                    FBA OPERATING CO. v. ETN CAPITAL, LLC

IT IS ORDERED THAT:

(1)  The motion is granted, and the appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 30, 2024
Date

ISSUED AS A MANDATE: August 30, 2024